# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO.  2020 KW 0181

VERSUS

SAMUEL LEE HAMILTON, JR.

**APR 2 8 2020**

---

In Re:   Samuel  Lee  Hamilton,  Jr.,  applying  for  supervisory
writs,  19th  Judicial  District  Court,  Parish  of  East
Baton Rouge, No. 09-88-0898

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED AS MOOT.** The Clerk of Court of East Baton Rouge
Parish has no record of receiving a Petition for Writ of Habeas
Corpus (allegedly filed on November 11, 2019).  Relator should
file the motion with the clerk of court of the district court
before seeking relief from this court.  Further, the record
reflects relator has been billed, tried, and convicted for the
charge at issue in his petition for a writ of habeas corpus.
Therefore, a request for release under La. Code Crim. P. art.
701(B) is moot.  See **State v. Varmall,** 539 So.2d 45 (La. 1989)
(*per curiam*).

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.